## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| OLIVER HALVERSON,<br><br>        Plaintiff,<br><br>vs.<br><br>CITY OF OMAHA,<br><br>        Defendant. | 8:14CV312<br><br>ORDER |

This matter is before the court plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2). The application includes an affidavit regarding his financial status. Upon consideration,

**IT IS ORDERED**:

1. The plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (Filing No. 2) is granted; accordingly, the plaintiff shall be allowed to proceed without payment of the filing fee.

2. The plaintiff may have the U.S. Marshal serve the summons and Complaint without payment of costs or fees. Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the U.S. Marshal.

3. To obtain service of process on the defendant by the U.S. Marshal, the plaintiff must complete and return a summons form and a USM-285 form. Upon receipt of the completed form, the Clerk of the court will sign the summons form, to be forwarded with a copy of the Complaint to the U.S. Marshal for service of process.

Dated this 9th day of October, 2014.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge